**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. PITT, | Case No. 1:13-CV-01596-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (Doc. 2) |
| Defendant. | |

By a motion filed October 2, 2013, Plaintiff Barbara J. Pitt seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and the summons. Plaintiff's attorney is directed to serve Defendant.

IT IS SO ORDERED.

Dated:   **October 9, 2013**              /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE

1