BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. PITT,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:13-CV-01596-SMS<br><br>STIPULATION FOR EXTENSION AND ORDER THEREON |

The parties stipulate and agree, subject to the Court's approval, that the time for Commissioner to file an answer is extended to August 12, 2014.  This extension is necessary because the case was reassigned to a new attorney for the Commissioner, who needs time to review the Plaintiff's Motion for Summary Judgment and the record.   The parties request this extension in good faith, with no intent to prolong proceedings unduly.  Counsel for the Commissioner sincerely apologizes for any inconvenience caused by this delay.

-1-

| | |
|---|---|
| Dated: June 6, 2014 | */s/ Vijay J. Patel* <br> VIJAY J. PATEL <br> Law Offices of Lawrence D. Rohlfing <br> Attorneys for Plaintiff |
| Dated: June 6, 2014 | BENJAMIN B. WAGNER <br> United States Attorney |
| | By:  /s/ *Theophous Reagans* <br> THEOPHOUS H. REAGANS <br> Special Assistant U.S. Attorney <br><br> Attorneys for Defendant |

## **ORDER**

APPROVED AND SO ORDERED.


DATED:   6/6/2014                             /s/ SANDRA M. SNYDER
                                                             UNITED STATES MAGISTRATE JUDGE

-2-